100

SUBMITTED FEBRUARY 3, 1975 — DECIDED FEBRUARY 21, 1975.

*Cross & Newmark, John P. Cross,* for appellant.
*McCurdy & Candler, George H. Carley,* for appellee.

50220. GROSS v. THE STATE.

QUILLIAN, Judge.
The record in this case having been considered, the appeal is without merit.
*Judgment affirmed. Pannell, P. J., and Clark, J., concur.*

SUBMITTED FEBRUARY 4, 1975 — DECIDED FEBRUARY 21, 1975.

*Ronnie L. Gross, pro se.*

50253. BECTON v. THE STATE.

BELL, Chief Judge.
The defendant was convicted of forgery in the first degree on an indictment which reads in part as follows: " . . . did . . . knowingly, and wilfully, make, alter, possess, and forge a certain check . . . drawn on the *First State Bank* in the sum of $600, payable to *Lavelle Becton,* . . . and in such a manner that the aforesaid writing as made purports to have been made by another person, and did utter and deliver said writing to the *First State Bank,* all with intent to defraud Robin Nell Becton and the First State Bank, . . ."
*Held:*
1. At the trial the state proved by competent testimony that defendant delivered and cashed a check at the First State Bank in the amount of $600 payable to him as payee and bearing the name of "R. Nell Becton" as drawer. The state also offered an affidavit by "R. Nell